AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

__U S__
Plaintiff

v.

__Luigi Mangione__
Defendant

Case No.

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

__Luigi Mangione__

Date: __12/19/24__

_Attorney's signature_
__Karen Agnifilo__
_Printed name and bar number_

Agnifilo Intrater
_Address_
445 Park Ave NY NY 10022
kara@ajlawnyc.com
_E-mail address_

917 914 3361
_Telephone number_

_FAX number_