AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

__US__  
Plaintiff

v.

__Luigi Mangione__  
Defendant

Case No.

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

__Luigi Mangione__

Date: __12/19/24__

_Attorney's signature_

__Marc Agnifilo__  
_Printed name and bar number_  
NY 2476182

Agnifilo Intrater LLP  
445 Park Ave. NY NY 10022  
_Address_

marc@agilawgroup.com  
_E-mail address_

917.399.9742  
_Telephone number_

_FAX number_