UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **ECF CASE** |
| v. | **NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION** |
| LUIGI NICHOLAS MANGIONE, | |
| Defendant. | **24 MJ 4375 (UA)** |

TO:     Clerk of Court
        United States District Court
        Southern District of New York

        The undersigned attorney respectfully requests the Clerk to note his appearance in this case

and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this

case.

        New York, New York
        April 14, 2025

                                        Respectfully submitted,

                                        MATTHEW PODOLSKY
                                        *Acting United States Attorney for the*
                                        *Southern District of New York*


                            By:     _Thomas John Wright_____
                                        Thomas John Wright
                                        Assistant United States Attorney
                                        26 Federal Plaza, 37th Floor
                                        New York, New York 10278
                                        (212) 637-2295
                                        thomas.wright2@usdoj.gov