

U.S. Department of Justice

United States Attorney
Southern District of New York

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th floor*
*New York, New York 10278*

July 28, 2025

**VIA ECF**

Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Request GRANTED. The Government may file its response to Defendant's motion filed at Dkt. No. 40 by August 27, 2025. SO ORDERED.

Dated: July 28, 2025

Re:   ***United States v. Luigi Nicholas Mangione***, 25 Cr. 176 (MMG)

Dear Judge Garnett:

The Government writes in connection with the defendant's Motion for an Informational Outline of Certain Aggravating Factors, which was filed on Friday, July 25, 2025. (Dkt. No. 40). The Government intends to oppose the defendant's motion and respectfully requests a period of thirty days to file its response.

Respectfully submitted,

AMANDA L. HOULE
Attorney for the United States Attorney
Acting Under Authority Conferred by
28 U.S.C. § 515

By: _____/s/_____
Dominic A. Gentile / Jun Xiang
Alexandra Messiter / Thomas John Wright
Assistant United States Attorneys
(212) 637-2200

cc: Counsel of Record (Via ECF)