

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th floor*
*New York, New York 10278*

October 3, 2025

<u>VIA ECF</u>

Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Request GRANTED. The Government shall comply with the September 24 Order by October 8, 2025. SO ORDERED.

Dated: October 3, 2025

Re:   *United States v. Luigi Nicholas Mangione*, 25 Cr. 176 (MMG)

Dear Judge Garnett:

    The Government respectfully requests a brief extension of the deadline to respond to the Order of the Court dated September 24, 2025 regarding Local Criminal Rule 23.1 from today, Friday, October 3, 2025 to Wednesday, October 8, 2025, to allow time for the Government to consult further with Department of Justice personnel concerning matters relevant to submission of the letter and sworn declaration the Court directed. This short extension will not affect any other dates set by the Court, including the briefing schedule for the defendant's death-penalty motion. Defense counsel does not object to the Government's request.

                                  Respectfully submitted,

                                  SEAN S. BUCKLEY
                                Attorney for the United States Attorney
                                Acting Under Authority Conferred by
                                28 U.S.C. § 515

                By:        /s/
                      Dominic A. Gentile / Jun Xiang
                      Alexandra Messiter / Thomas John Wright
                      Assistant United States Attorneys
                      (212) 637-2200

cc: Counsel of Record (Via ECF)