UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                    -against-

LUIGI MANGIONE,

                                     Defendant.

**AFFIDAVIT OF PARESH PATEL IN SUPPORT OF APPLICATION TO BE ADMITTED PRO HAC VICE**

25 Cr. 176 (MMG)

------------------------------------------------------------------- x

        Paresh Patel, an attorney duly admitted in the Districts of Maryland, West Virginia and the District of Columbia, affirms under the penalties of perjury as follows:

        1. I am currently the Appellate Team Lead at the Office of the Federal Public Defender for the District of Maryland.

        2. I have been at the Federal Public Defender's Office since 2003. Before then, I worked as a staff attorney at the Public Defender Service in Washington, D.C. from 2001-2003, as a staff attorney at the Office of the Appellate Defender in New York, New York in 1999 and as a staff attorney at the Public Defender Service of West Virginia in Charleston and Charlestown from 1996-1998.

        3. In 1999-2000, I clerked for the Honorable Ancer L. Haggerty of the United States District Court for the District of Oregon in Portland.

        4. I earned my J.D. from American University in 1996 (cum laude) and received my undergraduate degree from the University of Southern California in 1993 (magna cum laude).

5. I am a member in good standing of the Bars of the states of West Virginia (1996), Maryland (1997) and Washington, D.C. (1997). See Certificates of Good Standing attached.

6. There are no pending disciplinary proceedings against me in any State or Federal court;

7. I have never been convicted of a felony;

8. I have never been censured, suspended, disbarred or denied admission or readmission by any court;

9. Wherefore, your affiant respectfully submits that he be permitted to appear *Pro Hac Vice* in this case as special counsel for Luigi Mangione at the conference scheduled for January 9, 2026.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. See 28 U.S.C. section 1746.

_____
PARESH PATEL

Sworn to before me on this
6th day of January 2026

Kimberlee C. Whaley
NOTARY PUBLIC
PRINCE GEORGE'S COUNTY
MARYLAND
MY COMMISSION EXPIRES August 17, 2027

_____
Kimberlee C. Whaley
Notary Public

2

# Supreme Court of Maryland

### Annapolis, MD



## *CERTIFICATE OF GOOD STANDING*

STATE OF MARYLAND, ss:

I, Gregory Hilton, Clerk of the Supreme Court of Maryland, do hereby certify that on the twenty-fifth day of June, 1997,

## *Paresh Suman Patel*

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court. This certificate of good standing is valid through the sixth day of March, 2026.



**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Supreme Court of Maryland, this fifth day of January, 2026.

*Gregory Hilton*
Clerk of the Supreme Court of Maryland

STATE OF WEST VIRGINIA

  I, Jennelle H. Jones, Chief Deputy Clerk of the Supreme Court of Appeals of West Virginia, hereby do certify that Paresh S. Patel, of Greenbelt, Maryland an attorney duly licensed to practice law in this State, was admitted to practice law before the Supreme Court of Appeals of West Virginia, the highest court of the State, on the 30th day of September, 1996 and is an attorney currently on inactive status.

  Given under my hand and seal of said Court, at Charleston, West Virginia, this 7th day of January 2026, and in the 163rd year of the State.

*Deputy Clerk, Supreme Court of Appeals of West Virginia*





On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# *Paresh S Patel*

was duly qualified and admitted on April 4, 1997 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Inactive member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 05, 2026.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.