UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

UNITED STATES OF AMERICA,

                -against-

LUIGI MANGIONE,

                Defendant.

------------------------------------------------------------------------ x

**ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE**

25 Cr. 176 (MMG)

Applicant has declared that he is a member in good standing of the bars of the states of Maryland, West Virginia and Washington, D.C., and that his contact information is as follows:

    Applicant's Name: **PARESH PATEL**
    Firm Name: **FEDERAL PUBLIC DEFENDER FOR THE DISTRICT OF MARYLAND**
    Address: 6411 Ivy Lane, Suite 710
    City/State/Zip: Greenbelt, MD 20770
    Telephone (301) 344-0600
    E-mail: Paresh_Patel@fd.org

Applicant having requested admission Pro Hac Vice to appear for Luigi Mangione as special counsel at the conference presently scheduled for January 9, 2026;

**IT IS HEREBY ORDERED** that Applicant is admitted to appear Pro Hac Vice at the conference scheduled for January 9, 2026 in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:      New York, New York
               January     , 2026

                                                      _____
                                                       United States District Judge