**MOSKOWITZ COLSON**
**GINSBERG SCHULMAN**

Moskowitz Colson
Ginsberg & Schulman LLP

80 Broad Street, Suite 1900
New York, NY 10004

(212) 257-6455
www.mcgsllp.com

January 7, 2026

**By ECF**

Hon. Margaret M. Garnett
U.S. District Judge
U.S. Courthouse
40 Foley Square
New York, N.Y. 10007

Re: U.S. v. Mangione
25 Cr. 176 (MMG)

Dear Judge Garnett:

      This letter is respectfully submitted on behalf of the defendant, Luigi Mangione, to request permission to file a brief supplemental letter discussing additional authorities relating to the oral argument scheduled to take place before Your Honor on January 9, 2026. Although the authorities discussed in the letter are not new cases, their relevance and significance became apparent to counsel during preparation for oral argument and we therefore wanted to provide them to the Court and the Government in advance of the argument so that all of the parties will be prepared to discuss them. A copy of our proposed letter is attached hereto as Exhibit A.

      Thank you in advance for your consideration of this request.

Respectfully submitted,

*avraham moskowitz*

Avraham C. Moskowitz

Eylan Schulman
Christopher Neff
MOSKOWITZ COLSON
GINSBERG & SCHULMAN

Karen Friedman Agnifilo
Marc Agnifilo
Jacob Kaplan

AGNIFILO INTRATER LLP

Paresh Patel
Special Counsel