# AGNIFILO
# INTRATER

January 24, 2026

**VIA ECF**

Request GRANTED. The Clerk of Court is respectfully directed to terminate Dkt. No. 99. SO ORDERED.

The Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Dated: January 27, 2026

Re:     *United States v. Mangione,* 25 Cr. 176 (MMG)

Dear Judge Garnett:

This letter is respectfully submitted on behalf of the defendant Luigi Mangione, seeking permission to file the attached brief supplemental letter in response to the government's latest letter dated January 23, 2026. A copy of the proposed letter is attached hereto.

Thank you in advance for your consideration of this request.

Respectfully submitted,

Karen Friedman Agnifilo
Marc Agnifilo
Jacob Kaplan
AGNIFILO INTRATER LLP

Avraham C. Moskowitz
Eylan Schulman
Christopher Neff
MOSKOWITZ COLSON
GINSBERG & SCHULMAN

Paresh Patel
Special Counsel

cc:     Gov't Counsel (by ECF)