# AGNIFILO INTRATER

---

February 9, 2026

**VIA ECF**
The Honorable Margaret M. Garnett
U.S. District Judge
Southern District of New York
40 Foley Square
New York, N.Y. 10007

      Re: *United States v. Mangione*, 25 Cr. 176 (MMG)

Dear Judge Garnett:

      We write to update the Court on the recent developments at Mr. Mangione's state court conference this past Friday, February 6, 2026. As this Court recalls, at the January 30, 2026, conference in this case, defense counsel informed this Court that the District Attorney's Office had sent a January 28, 2026, letter to the Honorable Gregory Carro of the New York County Supreme Court requesting a July 1, 2026, trial in Mr. Mangione's state case. On February 5, 2026, defense counsel filed a letter in state court (attached as Exhibit A) informing Justice Carro of this Court's Scheduling Order setting dates for jury selection and trial in Mr. Mangione's federal case. At the state court appearance on February 6, 2026, Justice Carro moved the state trial date up to June 8, 2026.

      Defense counsel and the government remain resolute that Mr. Mangione's federal trial should proceed as scheduled by the Court and the parties. Notably, this Court has made clear from the beginning that it intended to try Mr. Mangione's federal case in 2026. In fact, at Mr. Mangione's April 25, 2025, arraignment, this Court set the next conference date as December 5, 2025, and noted "But my goal will be to leave that December 5 conference with a firm trial date set for 2026." (4/25/25 Tr. at 17.) This Court further noted: "barring some request otherwise, my intention is that we will set a schedule for this case as if it's the only case." (*Id.* at 12.) The Court reiterated its intentions for a 2026 trial date at the January 9, 2026, hearing in this case, agreeing with the parties to set a schedule where in-person jury selection would start on September 8, 2026 (with the jury questionnaire process starting earlier) with alternative trial dates in late fall or early winter depending whether the case remained a capital case. (1/9/26 Tr. 88–91.) Despite the public discussion on the record addressing the proposed 2026 trial schedule (which was extensively reported in the media), the District Attorney's Office did not write to Justice Carro or this Court at the time to address the state prosecutors' concerns with a 2026 federal trial date. Given the above, the defense has been preparing for a federal trial.

140 BROADWAY, STE 2450 | NEW YORK, NY 10005 | WWW.AGILAWGROUP.COM

Hon. Margaret Garnett
February 9, 2026
Page 2 of 2

      Counsel will discuss this development with the government and will reach out to the Court in short order to address this matter further.

                                                      Respectfully submitted,

                                                      Karen Friedman Agnifilo
                                                      Marc Agnifilo
                                                      Jacob Kaplan

                                                      *Counsel for Luigi Mangione*

cc:      All counsel (by ECF)