UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

United States

                Plaintiff,

Case No. 25-cr-176

    -against-

Luigi Mangione

                Defendant.
------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending    [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Eylan Schulman**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: ES9955    My State Bar Number is: 4319562

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Moskowitz Colson Ginsberg & Schulman LLP
                    FIRM ADDRESS: 80 Broad Street, 19th Floor, New York, NY 10004
                    FIRM TELEPHONE NUMBER: (212) 257-6455
                    FIRM FAX NUMBER: (917) 591-1333

NEW FIRM:    FIRM NAME: Moskowitz Colson Ginsberg & Schulman LLP
                      FIRM ADDRESS: 1 Battery Park Plaza, 31st Floor, New York, NY 10004
                      FIRM TELEPHONE NUMBER: (212) 257-6455
                    FIRM FAX NUMBER: (917) 591-1333

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: February 9, 2026

*Eylan Schulman*
ATTORNEY'S SIGNATURE