# AGNIFILO
# INTRATER

April 27, 2026

**VIA EMAIL**
The Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States v. Mangione,* 25 Cr. 176 (MMG)

Dear Judge Garnett:

    Counsel thanks the Court for appointing the esteemed Avraham Moskowitz as Learned Counsel to Mr. Mangione's defense team. Mr. Moskowitz has been an invaluable resource, providing thoughtful guidance, while drawing on his exceptional network of resources, including mitigation specialists, experts, and most importantly his own deep knowledge and experience. It has been a true privilege to work alongside Mr. Moskowitz and this outstanding team of dedicated professionals.

    The transition with Mr. Moskowitz and the team is now complete. In light of the fact that this is no longer a capital matter, their continued involvement is no longer necessary.

    Thank you again.

                              Respectfully submitted,

                              Karen Friedman Agnifilo
                              Marc Agnifilo
                              Jacob Kaplan

                              *Counsel for Luigi Mangione*