# AGNIFILO
# INTRATER

May 13, 2026

**Via ECF and Email**
The Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

　　　　Re: *United States v. Mangione,* 25 Cr. 176 (MMG)

Dear Judge Garnett:

　　　　Mr. Mangione is scheduled to appear in New York County Supreme Court on Monday, May 18, 2026, for a decision on his suppression motions. Mr. Mangione (Inmate Register # 52503-511) is currently housed at the Metropolitan Detention Center ("MDC") in Brooklyn and does not have civilian clothes to wear for the court appearance. We therefore request—without objection from Judge Carro or the government—that this Court order the Bureau of Prisons and the MDC to accept the following clothing for Mr. Mangione for the court appearance:

- 1 suit;
- 1 shirt;
- 1 pairs of socks; and
- 1 pair of shoes (without laces)

　　　　For convenience, we have attached a proposed Order for the Court.

Respectfully submitted,

Karen Friedman Agnifilo
Marc Agnifilo
Jacob Kaplan
AGNIFILO INTRATER LLP
140 Broadway, Suite 2450
New York, NY 10005