UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————X

UNITED STATES OF AMERICA

          v.

LUIGI MANGIONE,

                      Defendant
————————————————————X

**25 Cr. 176**

ORDER

Upon the request of the defendant, LUIGI MANGIONE, by his counsel, Karen Friedman

Agnifilo, it is hereby

   **ORDERED**, that the Bureau of Prisons and the Metropolitan Detention Center ("MDC")

accept the following clothing for Luigi Mangione, inmate number 52503-511, in advance of his

state court appearance on Monday, May 18, 2026:

- 1 suit;
- 1 shirt;
- 1 pair of socks; and
- 1 pair of shoes (without laces)

   **IT IS FURTHER ORDERED** that the MDC permit Mr. Mangione to wear such clothing

and be transported to court wearing such clothing on May 18, 2026.

Dated:  May __, 2026

_____
Hon. Margaret M. Garnett
United States District Judge
Southern District of New York