# AGNIFILO
# INTRATER

August 5, 2026

**<u>Via ECF and Email</u>**
The Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

   Re: *United States v. Mangione,* 25 Cr. 176 (MMG)

Dear Judge Garnett:

   Mr. Mangione is scheduled to appear in New York County Supreme Court on Tuesday, August 11, 2026, for a status conference. Mr. Mangione (Inmate Register # 52503-511) is currently housed at the Metropolitan Detention Center ("MDC") in Brooklyn and does not have civilian clothes to wear for the court appearance. We therefore request—without objection from Judge Carro or the government—that this Court order the Bureau of Prisons and the MDC to accept the following clothing for Mr. Mangione for the court appearance:

- 1 suit;
- 1 shirt;
- 1 pairs of socks; and
- 1 pair of shoes (without laces)

   For convenience, we have attached a proposed Order for the Court.

        Respectfully submitted,

        Karen Friedman Agnifilo
        Marc Agnifilo
        Jacob Kaplan
        AGNIFILO INTRATER LLP
        140 Broadway, Ste. 4530
        New York, NY 10005

cc:  All counsel (by ECF)