USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_08/06/2026_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————X

UNITED STATES OF AMERICA

     v.

LUIGI MANGIONE,

              Defendant

————————————————————X

25 Cr. 176 (MMG)

ORDER

Upon the request of the defendant, LUIGI MANGIONE, by his counsel, Karen Friedman Agnifilo, it is hereby

**ORDERED,** that the Bureau of Prisons and the Metropolitan Detention Center ("MDC") accept the following clothing for Luigi Mangione, inmate number 52503-511, in advance of his state court appearance on Tuesday, August 11, 2026:

- 1 suit;
- 1 shirt;
- 1 pair of socks; and
- 1 pair of shoes (without laces)

**IT IS FURTHER ORDERED** that the MDC permit Mr. Mangione to wear such clothing and be transported to Court wearing such clothing on August 11, 2026.

Dated: ~~August __, 2026~~

August 6, 2026

Hon. Margaret M. Garnett
United States District Judge
Southern District of New York