USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/28/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

LUIGI NICHOLAS MANGIONE,
Defendant(s).

25-CR-00176 (MMG)

ORDER

MARGARET M. GARNETT, United States District Judge:

It is hereby ORDERED that the transcripts of the conferences held in the captioned matter on June 12, 2026, and August 6, 2026, be unsealed with redactions. The Court has weighed the presumption of public access to judicial documents against the countervailing privacy interests supporting the current redactions, and finds the redactions appropriate under *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d. Cir 2006).

SO ORDERED.

Dated: August 28, 2026
New York, New York

MARGARET M. GARNETT
United States District Judge